IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| VICTOR BREEHNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:07-cv-01171-JDB |
| ) | |
| BLACK & DECKER (U.S.) INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT AND REQUEST FOR ENTRY OF CONSENT ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Victor Breehne and Defendant Black & Decker (U.S.) Inc., hereby stipulate, consent and agree that the Plaintiff's claims should be dismissed with prejudice. The parties respectfully request entry of a Consent Order of Dismissal with Prejudice, and they are providing such a proposed order to the Court.

Respectfully submitted,

| | |
|---|---|
| GILBERT RUSSELL MCWHERTER, PLC | FORD & HARRISON, LLP |
| 101 North Highland | 795 Ridge Lake Blvd., Suite 300 |
| Jackson, Tennessee 38301 | Memphis, Tennessee 38120 |
| Telephone:   (731) 664-1340 | Telephone:   (901) 291-1500 |
| Telefax:   (731) 667-1540 | Telefax:   (901) 291-1501 |
| jgilbert@gilbertfirm.com | kpascover@fordharrison.com |
| | |
| By:   s/Justin Gilbert | By:   s/Kathryn W. Pascover |
|    Justin Gilbert   #017079 |    Kathryn W. Pascover   #10280 |
| Attorney for Plaintiff Victor Breehne | Attorney for Defendant Black & Decker (U.S.) Inc. d/b/a Porter Cable |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was forwarded via the Court's electronic filing system to Justin Gilbert, Esq., Gilbert Russell McWherter, PLC, 101 North Highland, Jackson, Tennessee 38301 this 25th day of August 2008.

<u>s/Kathryn W. Pascover</u>