# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| VICTOR BREEHNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:07-cv-01171-JDB |
| ) | |
| BLACK & DECKER (U.S.) INC., ) | |
|   dba Porter Cable ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Based upon the signatures of counsel affixed below, it appears to the Court that the parties to this Consent Order, Plaintiff Victor Breehne and Defendant Black & Decker (U.S.) Inc., dba Porter Cable, agree that all of Plaintiff's claims against Defendant may be dismissed with prejudice.

Accordingly, it is hereby ordered that all claims and causes of action alleged in Plaintiff's Complaint as to Defendant Black & Decker (U.S.) Inc., dba Porter Cable are dismissed with prejudice and without costs as to the defendant.

SO ORDERED this 26th day of August, 2008.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

APPROVED:

| | |
|---|---|
| GILBERT RUSSELL MCWHERTER, PLC | FORD & HARRISON, LLP |
| 101 North Highland | 795 Ridge Lake Blvd., Suite 300 |
| Jackson, Tennessee 38301 | Memphis, Tennessee 38120 |
| Telephone:    (731) 664-1340 | Telephone:    (901) 291-1500 |
| Telefax:        (731) 667-1540 | Telefax:        (901) 291-1501 |
| jgilbert@gilbertfirm.com | kpascover@fordharrison.com |
| | |
| By:    s/Justin Gilbert | By:    s/Kathryn W. Pascover |
|     Justin Gilbert          #017079 |     Kathryn W. Pascover    #10280 |
| Attorney for Plaintiff Victor Breehne | Attorney for Defendant Black & Decker (U.S.) Inc. d/b/a Porter Cable |