# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

## JUDGMENT IN A CIVIL CASE

VICTOR BREEHNE,
Plaintiff,

v.

BLACK & DECKER (U.S.) INC.,
dba Porter Cable
Defendants,

CASE NUMBER: 1:07-cv-1171-B

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Consent Order of Dismissal with Prejudice entered in the above-styled matter on 8/26/2008, this case is hereby Dismissed.

**APPROVED:**

                                                                               <u>s/J. Daniel Breen</u>
                                                                               **United States District Judge**

THOMAS M. GOULD
CLERK

BY: s/Anna Jordan
DEPUTY CLERK